Official Form 1 (04/10)

| United States Bankruptcy Court<br>**CENTRAL** DISTRICT OF *CALIFORNIA* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Tieu, Bob Huu* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>*Phung, Michelle Angeline* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Huu Hoang Tieu, aka Huu Tieu, aka Bob Tieu* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Michelle Phung, aka Mychelle Phung, aka My Trinh Thi Phung* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *6340* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN<br>(if more than one, state all): *9552* |
| Street Address of Debtor (No. and Street, City, and State):<br>*1328 LaFayette St.*<br>*San Gabriel CA*    ZIPCODE *91776* | Street Address of Joint Debtor (No. and Street, City, and State):<br>*1328 LaFayette St.*<br>*San Gabriel CA*    ZIPCODE *91776* |
| County of Residence or of the<br>Principal Place of Business:    *Los Angeles* | County of Residence or of the<br>Principal Place of Business:    *Los Angeles* |
| Mailing Address of Debtor (if different from street address):<br>*SAME*    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME*    ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    *SAME*    ZIPCODE | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

_____

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).
- – – – – – – – – – – – – – – – – – – – – – – – – –

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Official Form 1 (04/10)                                                                                                    FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bob Huu Tieu and**<br>**Michelle Angeline Phung** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and exhibit C is attached and made a part of this petition.<br>☒ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                                                                      FORM B1, Page   3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bob Huu Tieu and** <br> **Michelle Angeline Phung** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

**11 / 22 / 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

_____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Scott C. Clarkson 143271**
Printed Name of Attorney for Debtor(s)

**Clarkson, Gore & Marsella, APLC**
Firm Name

**3424 Carson Street, #350**
Address

**Torrance CA  90503**

**(310) 542-0111**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. (SBN 143271)<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br><br>☒ *Attorney for:* Debtors | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| In re: Bob Huu Tieu and<br>Michelle Angeline Phung<br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 7<br><br>ADV. NO.: | |

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

☒ Petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists      Date Filed: _____

☐ Other: _____      Date Filed: _____

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

_____      11/22/2010
*Signature of Signing Party*      Date

Bob Huu Tieu
*Printed Name of Signing Party*

_____      11/22/2010
*Signature of Joint Debtor (if applicable)*      Date

Michelle Angeline Phung
*Printed Name of Joint Debtor (if applicable)*

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

_____      11/22/10
*Signature of Attorney for Signing Party*      Date

Scott C. Clarkson
*Printed Name of Attorney for Signing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Torrance _____, California.

Dated ____11/22/2010____

_Debtor_
Bob Huu Tieu

_Joint Debtor_
Michelle Angeline Phung

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B 201 - Notice of Available Chapters (Rev. 12/08)                                    USBC, Central District of California

Name: <u>Scott C. Clarkson, Esq. (SBN 14271)</u>

Address: <u>3424 Carson St., Suite 350</u>

<u>Torrance, CA 90503</u>

Telephone: <u>(310) 542-0111</u>      Fax: <u>(310) 214-7254</u>

[X] Attorney for Debtor
[ ] Debtor in Pro Per

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</b></td></tr>
<tr><td>List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Bob Huu Tieu<br><br>Huu Hoang Tieu<br><br>Huu Tieu<br><br>Bob Tieu<br><br>Michelle Angeline Phung<br><br>Michelle Phung, Mychelle Phung<br><br>My Trinh Thi Phung</td><td>Case No.:<br><br><br><br><br><b>NOTICE OF AVAILABLE<br>CHAPTERS</b><br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code)</td></tr>
</table>

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  <u>**Services Available from Credit Counseling Agencies**</u>

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 12/08)                                                          USBC, Central District of California

2.   **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7:   Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

    1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

    2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

    3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

    4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

    **Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

    1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

    3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

    **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

    **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3.   **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 12/08)    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

X _____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

_____

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Bob Huu Tieu
_____
Printed Name(s) of Debtor(s)

Case No. (if known) _____

_____  11 / 22 / 2010
Signature of Debtor          Date

X _____  11/22/20
Signature of Joint Debtor (if any)  Date

Michelle Angeline Phung

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Bob Huu Tieu and Michelle Angeline Phung*

Case No.

Chapter    7

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $  1,005,000.00 | | |
| B-Personal Property | Yes | 5 | $  73,334.68 | | |
| C-Property Claimed as Exempt | Yes | 2 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $  1,205,500.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $  3,873.64 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $  875,039.98 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $  7,830.42 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $  8,407.99 |
| TOTAL | | 39 | $  1,078,334.68 | $  2,084,413.62 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re *Bob Huu Tieu and Michelle Angeline Phung*

Case No. _____

Chapter   7

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_____,   Case No._____
                                          Debtor(s)                                                            (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Rental Property: 1104 S. El Molino St., Alhambra, CA 91801 | 100% Fee Simple | H | $ 400,000.00 | $ 400,000.00 |
| Undeveloped vacant land: APN #0528-232-18, NewBerry Springs, CA 92365 | 100% Fee Simple | C | $ 5,000.00 | $ 5,000.00 |
| Residential Property: 1328 Lafayette St., San Gabriel, CA 91776 | 100% Fee Simple | C | $ 600,000.00 | $ 600,000.00 |
| | | | | |
| | | **TOTAL $** | 1,005,000.00 | |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re <u>Bob Huu Tieu and Michelle Angeline Phung</u>,                   Case No. _____
                              Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | C | $ 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America Checking Account No. 0678*<br>*Location: Bank of America*<br>*P.O. Box 37176*<br>*San Francisco, CA  94137-0176* | C | $ 0.00 |
| | | *California Bear Credit Union Checking Account No. 1559*<br>*Location: California Bear Credit Union*<br>*P.O. Box 54124*<br>*Los Angeles, CA  90054-0124* | C | $ 1,762.44 |
| | | *Chase Bank Checking Account No. 1572*<br>*Location: Chase Bank*<br>*401 E. Valley Blvd.*<br>*Alhambra, CA  91801* | C | $ 24.24 |
| | | *First Bank Checking Account No. 2595*<br>*Location: First Bank*<br>*933 N. Broadway*<br>*Los Angeles, CA  90012* | W | $ 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | *Security Deposit with Edison*<br>*Location: Southern Calif. Edison Co.*<br>*P.O. Box 800*<br>*Rosemead, CA  91770* | C | $ 125.00 |

B6B (Official Form 6B) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,   Case No. _____
    Debtor(s)    (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household good/furnishings* *Location: In debtor's possession* | C | $ 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Book and  other collectables* *Location: In debtor's possession* | C | $ 350.00 |
| 6. Wearing apparel. | | *Wearing apparel* *Location: In debtor's possession* | C | $ 500.00 |
| 7. Furs and jewelry. | | *Jewelry* *Location: In debtor's possession* | C | $ 300.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Life Insurance policy for Bob Tieu* *20 yrs terms* *Location: ING* *909 Locuse St.* *Des Moines, IA   50309* | C | $ 0.00 |
| | | *Life Insurance Policy for Michelle Phung* *20 yrs terms* *Location: AIG* *2727 Allen Pkwy* *Houston, TX   77019* | C | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *401K* *#6340* *Location: Calpers* *P.O. Box 942709* *Sacramento, CA   94229-2709* | C | $ 6,800.00 |

B6B (Official Form 6B) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____,      Case No. _____
                    Debtor(s)                                                        (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| . | | IRA #8899 Location: Schwab One 1108 S. Baldwin Ave., Bldg B#1 Aracdia, CA  91007 | C | $ 70.00 |
| | | IRA #3496 Location: Stock Fidelity Brokerage 123 S. Lake Ave. Pasadena, CA  91107 | C | $ 100.00 |
| | | IRA #2952 Location: Charles Swhab 1108 S. Baldwin Ave., Bldg B#1 Arcadia, CA  91007 | C | $ 5,000.00 |
| . | | Pension #6340 Location: Calpers P.O. Box 942709 Sacramento, CA  94229-2709 | C | $ 38,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2009 Federal Tax Return | C | $ 10,219.00 |
| | | 2009 State Tax Return | C | $ 2,034.00 |

B6B (Official Form 6B) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,                    Case No. _____
                        Debtor(s)                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *Cosmetology License* *Location: In debtor's possession* | W | *Unknown* |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2002 Mercedes 2002 ML 320* *Location: In debtor's possession* | C | *$ 5,500.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____,     Case No. _____

           Debtor(s)                                                                  (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  5  of  5

Total ➡     $ 73,334.68

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,                    Case No. _____
                        Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _Cash_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 50.00 | $ 50.00 |
| _California Bear Credit Union Checking Account No. 1559_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 1,762.44 | $ 1,762.44 |
| _Chase Bank Checking Account_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 24.24 | $ 24.24 |
| _Security Deposit with Edison_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 125.00 | $ 125.00 |
| _Household good/furnishings_ | _Calif. C.C.P. §703.140(b)(3)_ | $ 2,500.00 | $ 2,500.00 |
| _Book and other collectables_ | _Calif. C.C.P. §703.140(b)(3)_ | $ 350.00 | $ 350.00 |
| _Wearing apparel_ | _Calif. C.C.P. §703.140(b)(3)_ | $ 500.00 | $ 500.00 |
| _Jewelry_ | _Calif. C.C.P. §703.140(b)(4)_ | $ 300.00 | $ 300.00 |
| _401K_ | _Calif. C.C.P. §703.140(b)(10)(E)_ | $ 6,800.00 | $ 6,800.00 |
| _IRA_ | _Calif. C.C.P. §703.140(b)(10)(E)_ | $ 5,000.00 | $ 5,000.00 |
| _IRA_ | _Calif. C.C.P. §703.140(b)(10)(E)_ | $ 100.00 | $ 100.00 |
| _IRA_ | _Calif. C.C.P. §703.140(b)(10)(E)_ | $ 70.00 | $ 70.00 |
| _Pension_ | _Calif. C.C.P. §703.140(b)(10)(E)_ | $ 38,000.00 | $ 38,000.00 |
| _2009 Federal Tax Return_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 10,219.00 | $ 10,219.00 |
| _2009 State Tax Return_ | _Calif. C.C.P. §703.140(b)(5)_ | $ 2,034.00 | $ 2,034.00 |
| _2002 Mercedes 2002 ML 320_ | _Calif. C.C.P. §703.140(b)(2)_ | $ 3,525.00 | $ 5,500.00 |

Page No. _1_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment

B6C (Official Form 6C) (04/10)

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____,      Case No. _____

Debtor(s)                                                                                    (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| | _Calif. C.C.P. §703.140(b)(5)_ | $ 1,975.00 | |

Page No. _2_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment

B6D (Official Form 6D) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____,    Case No. _____
               **Debtor(s)**    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H—Husband<br>W—Wife<br>J—Joint<br>C—Community | | | | | |
| Account No: _7555_<br>**Creditor # : 1**<br>**Chase**<br>**3415 Vision Dr.**<br>**Columbus OH 43219** | C | 6/01/2005<br>**1st Mortgage (BUSINESS DEBT)**<br>**Undeveloped vacant land: APN #0528-232-18, NewBerry Springs, CA 92365 (Business)**<br><br>Value: **$ 5,000.00** | | | | $ 15,000.00 | $ 10,000.00 |
| Account No:<br>**Creditor # : 2**<br>**Chase**<br>**3415 Vision Dr.**<br>**Columbus OH 43219** | H | 07/01/2003<br>**1st Mortgage (BUSINESS DEBT)**<br>**Rental Property: 1104 S. El Molino St., Alhambra, CA 91801 (Business)**<br><br>Value: **$ 400,000.00** | | | | $ 450,000.00 | $ 50,000.00 |
| Account No: _5248_<br>**Creditor # : 3**<br>**GMAC**<br>**P.O. Box 79125**<br>**Phoenix AZ 85062-9135** | C | 4/01/2006<br>**1st Mortgage**<br>**Residential Property: 1328 Lafayette St., San Gabriel, CA 91776**<br><br>Value: **$ 600,000.00** | | | | $ 690,000.00 | $ 90,000.00 |

<u>  1  </u>   continuation sheets attached

                                                    **Subtotal $**    $ 1,155,000.00    $ 150,000.00
                        (Total of this page)
                                                          **Total $**
                        (Use only on last page)
                                          (Report also on Summary of    (If applicable, report also on
                                          Schedules.)    Statistical Summary of
                                                          Certain Liabilities and
                                                           Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_                        ,          Case No. _____
                                   **Debtor(s)**                                                          **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No: *006*<br>*Creditor # : 4*<br>*Los Angeles County Treasurer & Tax Collector* | C | 7/01/2003<br>PROPERTY TAXES<br>*Rental Property: 1104 S. El Monlino St., Alhambra, CA 91801*<br>Value: **$ 400,000.00** | | | | $ 500.00 | $ 500.00 |
| Account No: *1001*<br>*Creditor # : 5*<br>*Wells Fargo Bank, N.A.*<br>*P.O. Box 54780*<br>*Los Angeles CA 90054-0780* | H | 7/01/2003<br>Line of Credit (BUSINESS DEBT)<br>*Rental Property: 1104 S. El Molino St., Alhambra, CA 91801*<br>Value: **$ 400,000.00** | | | | $ 50,000.00 | $ 50,000.00 |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. _1_ of _1_  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 50,500.00 | $ 50,500.00 |
| Total $<br>(Use only on last page) | $ 1,205,500.00 | $ 200,500.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No._____
                                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                    _1_    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re Bob Huu Tieu and Michelle Angeline Phung _____ ,   Case No. _____
           **Debtor(s)**                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** **County of San Bernardino** **Tax Collector** | C | *Property Tax* *14955 Cottontail Ln.,* *Victorville, CA  92394* *(BUSINESS DEBT; FORECLOSED)* | | | | $ 3,873.64 | $ 3,873.64 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

| Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | Subtotal $ (Total of this page) | 3,873.64 | 3,873.64 | 0.00 |
| | | Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 3,873.64 | | |
| | | Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 3,873.64 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No. _____
　　　　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.　R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  9708 Creditor # : 1 Accounts Receivable Management P.O. Box 129 Thorofare NJ 08086-0129 | C | | 7/01/2006 Collection Account Original Creditor: Wells Fargo #1998 Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:  2093 Creditor # : 2 Accounts Receivable Technolog One Woodbridge Center Suite 410 Woodbridge NJ 07095-1304 | C | | 5/01/2004 Collection Account Orginal Creditor: BMW Financial #2771 | | | | $ 0.00 |
| Account No:  8401 Creditor # : 3 American Collections Systems P.O. Box 29117 Columbus OH 43229 | C | | 5/01/2004 Collection Account Original Creditor: BMW Financial #2771 | | | | $ 0.00 |
| Account No:  2001 Creditor # : 4 American Express P O Box 0001 Los Angeles CA 90096-8000 | C | | 09/2002 credit card - American Express | | | | $ 15,782.00 |

_22_ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $　　　$ 15,782.00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No. _____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    5911 <br> Creditor # : 5 <br> American Medical Collection <br> P.O. Box 1235 <br> Elmsford NY 10523-0935 | | C | 12/01/2008 <br> Collection Account <br> Original Creditor: West Coast Clinical | | | | $ 0.00 |
| Account No:    2001 <br> Creditor # : 6 <br> American Recovery Service Inc. <br> 555 St. Charles Dr., Suite 100 <br> Thousand Oaks CA 91360 | | C | 9/1/2002 <br> Collection Account <br> Original Creditor: American Express #2001 | | | | $ 0.00 |
| Account No: <br> Creditor # : 7 <br> ASC <br> P.O. Box 60768 <br> Los Angeles CA 90060-0768 | X | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:    2911 <br> Creditor # : 8 <br> Associated Recovery Systems <br> P.O. Box 463023 <br> Escondido CA 92046-3023 | | C | 11/1/2008 <br> Collection Account <br> Original Creditor: Bank of America #9630 | | | | $ 0.00 |
| Account No:    6307 <br> Creditor # : 9 <br> Associated Recovery Systems <br> P.O. Box 469046 <br> Escondido CA 92046-3023 | | C | 2/01/2008 <br> Collection Account <br> Orginal Creditor: Chase #0348 | | | | $ 0.00 |
| Account No:    1422 <br> Creditor # : 10 <br> Bank of America <br> P.O. Box 53150 <br> Phoenix AZ 85072-3185 | | C | 10/01/2009 <br> credit card | | | | $ 208.15 |

Sheet No.    1    of    22    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 208.15

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No. _____
              **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    0273<br>*Creditor # : 11*<br>*Bank of America*<br>*P.O. Box 1390*<br>*Norfolk VA 23501* | C | 04/01/2003<br>*credit card* | | | | $ 20,500.00 |
| Account No:    5640<br>*Creditor # : 12*<br>*Bank of America*<br>*P.O. Box 17054*<br>*Wilmington DE 19850* | C | 11/01/2001<br>*credit card* | | | | $ 39,000.00 |
| Account No:    1125<br>*Creditor # : 13*<br>*Bank of America*<br>*P.O. Box 17054*<br>*Wilmington DE 19850* | C | 04/01/2008<br>*credit card* | | | | $ 11,500.00 |
| Account No:    9630<br>*Creditor # : 14*<br>*Bank of America*<br>*P.O. Box 1390*<br>*Norfolk VA 23501* | C | 11/1/2008<br>*credit card* | | | | $ 14,500.00 |
| Account No:    5880<br>*Creditor # : 15*<br>*Bank of America*<br>*P.O. Box 15026*<br>*Wilmington DE 19850-5026* | C | 12/01/2000<br>*credit card* | | | | $ 24,200.00 |
| Account No:    0018<br>*Creditor # : 16*<br>*Bleier & Cox*<br>*16130 Ventura Blvd., Suite 620*<br>*Encino CA 91436* | C | 6/1/2003<br>*Collection Account*<br>*Original Creditor: Capital One*<br>*#2642* | | | | $ 0.00 |

Sheet No. __2__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 109,700.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  _Bob Huu Tieu and Michelle Angeline Phung_____,     Case No. _____
               **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    2771<br>**Creditor # : 17**<br>**BMW Financial Services**<br>**P.O. Box 78103**<br>**Phoenix AZ 85062-8103** | C | | 5/01/2007<br>credit card | | | | $ 4,651.00 |
| Account No:    5310<br>**Creditor # : 18**<br>**Bridgewater**<br>**c/o Real Management**<br>**P.O. Box 105007**<br>**Atlanta GA 30348-5007** | C | | 06/01/2005<br>Home Owner Association<br>31051 Masena Dr., Wesley Chapel,<br>FL1  33545 (BUSINESS DEBT;<br>FORECLOSED) | | | | $ 600.00 |
| Account No:    0785<br>**Creditor # : 19**<br>**Capital Management Services**<br>**726 Exchange St., Suite 700**<br>**Buffalo NY 14210** | C | | 11/1/2008<br>Collection Account<br>Original Creditor: Conoco-76 #7200 | | | | $ 0.00 |
| Account No:    2827<br>**Creditor # : 20**<br>**Capital Management Services**<br>**726 Exchange St., Suite 700**<br>**Buffalo NY 14210** | C | | 12/01/2007<br>Collection Account<br>Original Creditor: Chase #5417 | | | | $ 0.00 |
| Account No:    9856<br>**Creditor # : 21**<br>**Capital Management Services**<br>**726 Exchange Street, Suite 700**<br>**Buffalo NY 14210** | C | | 11/1/2008<br>Collection Account<br>Original Creditor: Bank of America<br>#9856 | | | | $ 0.00 |
| Account No:    6891<br>**Creditor # : 22**<br>**Capital Management Services**<br>**726 Exchange Street, Suite 700**<br>**Buffalo NY 14210** | C | | 2/01/2008<br>Collection Account<br>Original Creditor: Bank of America<br>#5880 | | | | $ 0.00 |

Sheet No.   _3_ of   _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 5,251.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No. _____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    2642  Creditor # : 23  Capital One Bank (USA), N.A.  P.O. Box 30281  San Francisco CA 94130 | C | 6/1/2203  credit card | | | | $ 19,215.00 |
| Account No.    8564  Creditor # : 24  CCB Credit Services, Inc.  P.O. Box 272  Springfield IL 62705-0272 | C | 5/01/2008  Collection Account  Original Creditor: HSBC #8564 | | | | $ 0.00 |
| Account No.    7832  Creditor # : 25  CCB Credit Services  P.O. Box 272  Springfield IL 62705-0272 | C | 06/01/2005  Collection Account  Original Creditor: JP Morgan Chase  #7957  Business Debt FORECLOSED | | | | $ 0.00 |
| Account No.    4030  Creditor # : 26  CCB Credit Services, Inc.  P.O. Box 272  Springfield IL 62705-0272 | C | 4/01/2007  Collection Account  Original Creditor: Wells Fargo  #0001  Business Debt | | | | $ 0.00 |
| Account No.    1998  Creditor # : 27  Central Credit Services, Inc.  P.O. Box 15118  Jacksonville FL 32239-5118 | C | 07/01/2006  Collection Account  Original Creditor: Wells Fargo  #1998  Business Debt FORECLOSED | | | | $ 0.00 |
| Account No.    4617  Creditor # : 28  Central Security Group-Nationw  2448 E. 81st St., Suite 4200  Tulsa OK 74137-4248 | C | 5/01/2009  Securiity Alarm System  Business Debt FORECLOSED | | | | $ 290.25 |

Sheet No. __4__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal $ | $ 19,505.25 |
|---|---|---|
| | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,                    Case No. _____
             **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    7957<br>Creditor # : 29<br>Chase<br>1201 3rd Ave.<br>Seattle WA 98101-3029 | C | | 6/1/2005<br>2nd Mortgage<br>4961 Glenburne Dr., Spring Hill, FL 34609<br>Business Debt FORECLOSED | | | | $ 22,888.42 |
| Account No.    5300<br>Creditor # : 30<br>Chase<br>800 Brooksedge Boulevard<br>Westerville OH 43081 | C | | 3/01/2008<br>credit card | | | | $ 14,310.00 |
| Account No.    9093<br>Creditor # : 31<br>Chase Bank<br>P.O. Box 44118<br>Jacksonville FL 32231-4016 | C | | 6/01/2005<br>1st Mortgage<br>4961 Glenburne Drive, Spring Hill, FL 34609<br>Business Debt FORECLOSED | | | | $ 198,000.00 |
| Account No.    5417<br>Creditor # : 32<br>Chase Card<br>P.O. Box 15298<br>Wilmington DE 19850 | C | | 4/01/1995<br>credit card | | | | $ 11,935.00 |
| Account No.    0348<br>Creditor # : 33<br>Chase Card<br>P.O. Box 15298<br>Wilmington DE 19850 | C | | 2/01/2008<br>credit card | | | | $ 9,624.38 |
| Account No.    0079<br>Creditor # : 34<br>Childrens Hospital Los Angeles<br>File 82485<br>Los Angeles CA 90074 | C | | 8/01/2009<br>Medical Bill | | | | $ 103.40 |

Sheet No. _5_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 256,861.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____ ,     Case No. _____
                                        **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 7200<br>Creditor # : 35<br>Citicorp Credit Services, Inc.<br>Processing Center<br>Des Moines IA 50364-0001 | C | 11/01/2008<br>Collection Account<br>Original Creditor: Conoco-76 #7200 | | | | $ 0.00 |
| Account No: 2166<br>Creditor # : 36<br>City of San Gabriel Ambulance<br>P.O. Box 269110<br>Sacramento CA 95826-9110 | C | 06/06/2010<br>Medical Bill | | | | $ 1,520.17 |
| Account No: 4626<br>Creditor # : 37<br>Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles MO 63301-4047 | C | 6/1/2003<br>Collection Account<br>Original Creditor: Capital One #2642 | | | | $ 0.00 |
| Account No: 2122<br>Creditor # : 38<br>Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles MO 63301-4047 | C | 11/1/2008<br>Collection Account<br>Original Creditor: Bank of America #9630 | | | | $ 0.00 |
| Account No: 5300<br>Creditor # : 39<br>Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles MO 63301-4047 | C | 2/01/2008<br>Collection Account<br>Original Creditor: Chase #5300 | | | | $ 0.00 |
| Account No: 5880<br>Creditor # : 40<br>Collect Corp<br>455 North 3rd St., Suite 260<br>Phoenix AZ 85004-3924 | C | 2/01/2008<br>Collection Account<br>Original Creditor: Bank of America #5880 | | | | $ 0.00 |

Sheet No. _6_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 1,520.17
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____ ,      Case No. _____
                              **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0001 Creditor # : 41 Consumer Credit Group P.O. Box 10438 Des Moines IA 50306-0438 | | C | 4/01/2007 Collection Account Original Creditor: Wells Fargo #0001 | | | | $ 0.00 |
| Account No: Creditor # : 42 Countrywide P.O. Box 10287 Van Nuys CA 91410-0287 | X | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:    8375 Creditor # : 43 Countrywide P.O. Box 10219 Van Nuys CA 91410-0219 | | C | Approx 2004 1st Mortgage 14955 Cottontail Ln, Victorville, CA  92394 Business Debt FORECLOSED | | | | $ 180,000.00 |
| Account No:    8375 Creditor # : 44 Countrywide Home Loans P.O. Box 10227 Van Nuys CA 91410-0227 | | C | For Noticing Purposes Only 14955 Cottontail Ln, Victorville, CA  92394 Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:    1454 Creditor # : 45 Credit Collections Services P.O. Box 55126 Boston MA 02205-5126 | | C | 3/01/2009 Collection Account Original Creditor: Wells Fargo #1454 | | | | $ 0.00 |
| Account No:    6543 Creditor # : 46 Creditors Financial Group, LLC P.O. Box 440290 Aurora CO 80044-0290 | | C | 04/1/1998 Collection Account Original Creditor: Bank of America #0273 | | | | $ 0.00 |

Sheet No. __7_ of __22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 180,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No._____
                          **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 9148<br><br>Creditor # : 47<br>Creditors Financial Group, LLC<br>P.O. Box 440290<br>Aurora CO 80044-0290 | C | 2/01/2008<br>Collection Account<br>Original Creditor: Bank of America #5880 | | | | $ 0.00 |
| Account No: 1232<br><br>Creditor # : 48<br>Creditors Financial Group, LLC<br>P.O Box 440290<br>Aurora CO 80044-0290 | C | 2/01/2008<br>Collection Account<br>Original Creditor: Chase #5300 | | | | $ 0.00 |
| Account No: 0348<br><br>Creditor # : 49<br>Creditors Interchange<br>P.O. Box 1335<br>Buffalo NY 14240-1335 | C | 02/01/2008<br>Collection Account<br>Original Creditor: Chase #0348 | | | | $ 0.00 |
| Account No: 2058<br><br>Creditor # : 50<br>Creditors Interchange<br>80 Holtz Drive<br>Buffalo NY 14225 | C | 04/1/2008<br>credit card<br>Original Creditor: Bank of America #1125 | | | | $ 0.00 |
| Account No: 2554<br><br>Creditor # : 51<br>Creditors Interchange<br>80 Holtz Drive<br>Buffalo NY 14225 | C | 04/1/1998<br>Collection Account<br>Original Creditor:  Bank of America #0273 | | | | $ 0.00 |
| Account No: 9884<br><br>Creditor # : 52<br>Discover Card<br>P.O. Box 6103<br>Carol Stream IL 60197-6103 | C | 4/1/2003<br>credit card | | | | $ 8,104.00 |

Sheet No. _8_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 8,104.00
Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,    Case No. _____
           **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 53 <br> EMC <br> P.O. Box 660753 <br> Dallas TX 75266-0753 | X | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:    3521 <br> Creditor # : 54 <br> Encore <br> P.O. Box 7000 <br> Olathe KS 66063-0700 | | C | 11/1/2008 <br> Collection Account <br> Original Creditor: Conoco-76 #7200 | | | | $ 0.00 |
| Account No:    7249 <br> Creditor # : 55 <br> Encore Receivable Management <br> P.O. Box 3330 <br> Olathe KS 66063-3330 | | C | 11/1/2008 <br> Collection Account <br> Original Creditor: Bank of America #9630 | | | | $ 0.00 |
| Account No:    T269 <br> Creditor # : 56 <br> FInancial Recovery Services <br> P.O. Box 385908 <br> Minneapolis MN 55438-5908 | | C | 4/1/1998 <br> Collection Account <br> Original Creditor: Bank of America #0273 | | | | $ 0.00 |
| Account No:    9985 <br> Creditor # : 57 <br> Firstsource Advantage Inc. <br> P.O. Box 628 <br> Buffalo NY 14240-0628 | | C | 11/01/2001 <br> Collection Account <br> Original Creditor: Bank of America #5640 | | | | $ 0.00 |
| Account No:    4076 <br> Creditor # : 58 <br> Firstsource Advantage LLC <br> P.O. Box 628 <br> Buffalo NY 14240-0628 | | C | 04/01/1998 <br> Collection Account <br> Orignial Creditor: Bank of America #0273 | | | | $ 0.00 |

Sheet No. __9__ of ___22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  |  $ 0.00
Total $  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,      Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2539<br>Creditor # : 59<br>FMA Alliance, Ltd.<br>P.O. Box 2409<br>Houston TX 77252-2409 | | C | 04/01/2008<br>Collection Account<br>Original Creditor: Bank of America #1125 | | | | $ 0.00 |
| Account No:   8564<br>Creditor # : 60<br>GM Card<br>P.O. Box 60119<br>City of Industry CA 91716-0119 | X | C | 2005<br>credit card | | | | $ 0.00 |
| Account No:<br>Creditor # : 61<br>GMAC<br>3451 Hammond Ave.<br>Waterloo IA 50702 | | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:   5880<br>Creditor # : 62<br>Rederick J. Hanna & Associates<br>1427 Roswell Road<br>Marietta GA 30062 | | C | 2/01/2008<br>Collection Account<br>Original Creditor: Bank of America #5880 | | | | $ 0.00 |
| Account No:   9661<br>Creditor # : 63<br>High Desert Creditors Services<br>14608 Main St., Suite D<br>Hesperia CA 92345 | | C | 07/01/2009<br>Collection Account<br>Original Creditor: City of Victorville #9661<br>Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:   8564<br>Creditor # : 64<br>HSBC Card Services<br>P.O. Box 60119<br>City of Industry CA 91716-0599 | | C | 5/01/2008<br>credit card | | | | $ 2,500.00 |

Sheet No. _10_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,        Case No. _____
                                   **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    4103<br><br>Creditor # : 65<br>Integrity Financial Partners<br>P.O. Box 11530<br>Overland Park KS 66207-4230 | C | 12/01/2007<br>Collection Account<br>Original Creditor: Chase #5417 | | | | $ 0.00 |
| Account No.    5640<br><br>Creditor # : 66<br>Kenosian & Miele, LLP<br>8581 Santa Monica Blvd., #17<br>West Hollywood CA 90069 | C | 9/1/2002<br>Collection Account<br>Original Creditor: Bank of America #5640 | | | | $ 0.00 |
| Account No.    7578<br><br>Creditor # : 67<br>LabCorp<br>P.O. Box 2240<br>Burlington NC 27215-2240 | C | 6/01/2010<br>Medical Bill | | | | $ 49.00 |
| Account No.    8416<br><br>Creditor # : 68<br>Legal Recovery Law Offices<br>5030 Camino De La Siesta<br>Suite 340<br>San Diego CA 92108-3118 | C | 5/01/2008<br>Collection Account<br>Original Creditor: HSBC #8564 | | | | $ 0.00 |
| Account No.    5652<br><br>Creditor # : 69<br>LTD Financial Services, L.R.<br>P.O. Box 630769<br>Houston TX 77263-0769 | C | 10/01/2009<br>Collection Account<br>Original Creditor: Bank of America #1422 | | | | $ 0.00 |
| Account No.    7649<br><br>Creditor # : 70<br>Makoff Mittleman Graham Levine<br>8635 W 3rd St., Suite 485W<br>Los Angeles CA 90048-6156 | C | 4/01/2009<br>Medical Bill | | | | $ 55.25 |

Sheet No. _11_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                              $ 104.25

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,          Case No. _____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   6516<br>Creditor # : 71<br>Mann Bracken LLPO<br>702 King Farm Blvd.<br>Rockville MD 20850-5775 | C | | 9/1/2002<br>Collection Account<br>Original Creditor: American Express<br>#2001 | | | | $ 0.00 |
| Account No:   2001<br>Creditor # : 72<br>Mann Bracken LLp<br>702 King Farm Blvd.<br>Rockville MD 20850-5775 | C | | 9/1/2002<br>Collection Account<br>Original Creditor: American Express<br>#2001 | | | | $ 0.00 |
| Account No:   8564<br>Creditor # : 73<br>Mann Bracken LLP<br>A National Collection Network<br>2325 Clayton Road<br>Concord CA 94520 | C | | Collections<br>Original Creditor: HSBC Card<br>Services Account No. 8564 | | | | $ 0.00 |
| Account No:   0518<br>Creditor # : 74<br>Mann Bracken LLPO<br>28632 Roadside Dr., Suite 265<br>Agoura Hills CA 91301 | C | | 5/01/2008<br>Collection Account<br>Original Creditor: HSBC #8564 | | | | $ 0.00 |
| Account No:   9417<br>Creditor # : 75<br>Michael & Associates<br>555 St. Charles Dr., Suite 100<br>Thousand Oaks CA 91360 | C | | 9/1/2002<br>lawsuit<br>Original Creditor: American Express<br>#2001 | | | | $ 0.00 |
| Account No:   5617<br>Creditor # : 76<br>The Moore Law Group<br>P.O. Box 25245<br>Santa Ana CA 92799-5145 | C | | 4/1/2003<br>lawsuit<br>Original Creditor: Discovery Card<br>#9884 | | | | $ 0.00 |

Sheet No. _12_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,    Case No. _____
                                          **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See Instructions above.*) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    7372<br>Creditor # : 77<br>National Enterprise Systems<br>29125 Solon Road<br>Solon OH 44139-3442 | C | 11/01/2001<br>Collection Account<br>Original Creditor: Banko of America<br>#5640 | | | | $ 0.00 |
| Account No:    9090<br>Creditor # : 78<br>National Enterprise Systems<br>29125 Solon Road<br>Solon OH 44139-3442 | C | 1/01/2009<br>Collection Account<br>Original Creditor: Target #4890 | | | | $ 0.00 |
| Account No:    3116<br>Creditor # : 79<br>National Enterprise Systems<br>29125 Solon Road<br>Solon OH 44139-3442 | C | 2/01/2008<br>Collection Account<br>Original Creditor: Bank of America<br>#5880 | | | | $ 0.00 |
| Account No:    1649<br>Creditor # : 80<br>National Financial Group, Inc<br>6110 Executive Blvd.<br>Suite 100<br>Rockville MD 20852 | C | 10/01/2009<br>Collection Account<br>Original Creditor: Bank of America<br>#1422 | | | | $ 0.00 |
| Account No:    1125<br>Creditor # : 81<br>NCO Financial System Inc.<br>P.O. Box 17080<br>Wilmington DE 19850-7080 | C | 4/01/2008<br>Collection Account<br>Bank of America #5547 | | | | $ 0.00 |
| Account No:    Q297<br>Creditor # : 82<br>NCO Financial System Inc.<br>P.O. Box 17080<br>Wilmington DE 19850-7080 | C | 11/01/2008<br>Collection Account<br>Original Creditor: Bank of America<br>#9630 | | | | $ 0.00 |

Sheet No. _13_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Bob Huu Tieu and Michelle Angeline Phung</u> , Case No. _____
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:  T252 — Creditor # : 83 — NCO Financial System Inc. — P.O. Box 17080 — Wilmington DE 19850-7080 | C | 04/01/2008 — Collection Account — Original Creditor: Bank of America #1125 | | | | $ 0.00 |
| Account No:  9401 — Creditor # : 84 — NCO Financial System Inc. — P.O. Box 15889 — Wilmington DE 19850-5889 | C | 11/1/2008 — Collection Account — Original Creditor: Conoco-76 #9401 | | | | $ 0.00 |
| Account No:  2642 — Creditor # : 85 — NCO Financial System Inc. — P.O. Box 12100 — Dept 64 — Trenton NJ 08650 | C | 06/2009 — Collections — Original Creditor: Capital One #2642 | | | | $ 0.00 |
| Account No:  0751 — Creditor # : 86 — NCO Financial System Inc. — P.O. Box 15081 — Wilmington DE 19850-5740 | C | 2/01/2008 — Collection Account — Original Creditor: Chase #0348 | | | | $ 0.00 |
| Account No:  1232 — Creditor # : 87 — Northstar Location Services — 4285 Genesee St. — Buffalo NY 14225-9143 | C | 2/01/2008 — Collection Account — Original Creditor: Chase #5300 | | | | $ 0.00 |
| Account No:  5023 — Creditor # : 88 — Timothy A. Pham, MD — 301 Huntington Dr., Suite 206 — Arcadia CA 91007 | C | 1/01/2010 — Medical Bill | | | | $ 81.90 |

Sheet No. __14__ of __22__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 81.90
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,          Case No. _____

                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7200<br>Creditor # : 89<br>PHillips 66-Conoco-76<br>P.O. Box 689058<br>Des Moines IA 50368-9058 | C | | 11/1/2008<br>credit card | | | | $ 229.00 |
| Account No:   9128<br>Creditor # : 90<br>Plaza Recovery Associates<br>P.O. Box 18008<br>Hauppauge NY 11788-8808 | C | | 04/01/2008<br>Collection Account<br>Original Creditor: Bank of America<br>#1125 | | | | $ 0.00 |
| Account No:   7560<br>Creditor # : 91<br>Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk VA 23541 | C | | 11/1/2007<br>Collection Account<br>Original Creditor: Wells Fargo<br>#7560<br>Business Debt | | | | $ 0.00 |
| Account No:   0001<br>Creditor # : 92<br>Portfolio Recovery Associates<br>P.O. Box 12914<br>Norfolk VA 23541 | C | | 4/01/2007<br>Collection Account<br>Orginal Creditor: Wells Fargo #0001<br>Business Debt | | | | $ 0.00 |
| Account No:   7642<br>Creditor # : 93<br>A Professional Recovery Corp<br>12747 Olive Blvd., Suite 375<br>Saint Louis MO 63141 | C | | 5/01/2009<br>Collection Account<br>Original Creditor: Central Security<br>Group #4617<br>Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:   2666<br>Creditor # : 94<br>Professional Recovery Services<br>P.O. Box 1880<br>Voorhees NJ 08043 | C | | 06/01/2008<br>Collection Account<br>Original Creditor: JP Morgan Chase<br>#7957<br>Business Debt FORECLOSED | | | | $ 0.00 |

Sheet No. _15_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 229.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,      Case No. _____
                        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  9090<br>Creditor # : 95<br>Progressive Financial Services<br>P.O. Box 22083<br>Tempe AZ 85285 | | C | 1/01/2009<br>Collection Account<br>Original Creditor: Target #4890 | | | | $ 0.00 |
| Account No:  5450<br>Creditor # : 96<br>Quest Diagnostics<br>P.O. Box 7400<br>Pasadena CA 91109-7400 | | C | 06/01/2010<br>credit | | | | $ 8.42 |
| Account No:  RIVE<br>Creditor # : 97<br>Rampart Properties, Inc.<br>9887 Fourth Street North<br>Suite 301<br>Saint Petersburg FL 33702 | | C | 06/01/2005<br>Home Owner Association<br>31051 Masena Dr., Wesley Chapel,<br>FL, 33545 (BUSINESS DEBT) | | | | $ 1,000.00 |
| Account No:  8253<br>Creditor # : 98<br>Rancho Sahuarita<br>180 W. Magee, Suite 134<br>Tucson AZ 85704 | X | C | 6/01/2005<br>Home Owner Association<br>145 E. Calle Del Rondador,<br>Sahuarita, AZ 85629 Business Debt<br>FORECLOSED | | | | $ 1,000.00 |
| Account No:<br>Creditor # : 99<br>Rancho Sahuarita HOA<br>P.O. Box 64564<br>Phoenix AZ 85082-4564 | | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:  4044<br>Creditor # : 100<br>Rio Del Rey HOA<br>P.O. Box 500403<br>San Diego CA 92150-0403 | | C | 2008<br>HOA DUES<br>4007 S. 59th Lane<br>Phoenix, AZ 85043 | | | | $ 342.40 |

Sheet No. _16_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 2,350.82

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,    Case No. _____
                                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3426<br>Creditor # : 101<br>San Gabriel Emergency Med Assc<br>P.O. Box 4419<br>Woodland Hills CA 91365 | | C | 6/6/2010<br>Medical Bill | | | | $ 42.20 |
| Account No:    3426<br>Creditor # : 102<br>San Gabriel Valley Medical Cen<br>P.O. Box 4419<br>Woodland Hills CA 91365 | | C | 6/6/2010<br>Medical Bill | | | | $ 828.80 |
| Account No:<br>Creditor # : 103<br>SLS<br>8742 Lucent Blvd, #300<br>Littleton CO 80129 | X | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:    urne<br>Creditor # : 104<br>Sterling Hill HOA<br>P.O. Box 5273<br>Spring Hill FL 34611 | | C | 06/01/2005<br>Home Owner Association<br>4961 Glenburne Dr., Spring Hill, FL 34609 (BUSINESS DEBT; FORECLOSED) | | | | $ 1,000.00 |
| Account No:    9849<br>Creditor # : 105<br>Sunrise Credit Services, Inc.<br>P.O. Box 9100<br>Farmingdale NY 11735-9100 | | C | 04/1998<br>Collection Account<br>Original Creditor: Bank of America #0273 | | | | $ 0.00 |
| Account No:    0171<br>Creditor # : 106<br>Suppa, Trucchi & Henein, LLP<br>3055 India Street<br>San Diego CA 92103 | | C | 5/01/2007<br>lawsuit<br>Original Creditor: Wells Fargo Bank #1998 | | | | $ 0.00 |

Sheet No.  17  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 1,871.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,          Case No._____
                              **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H—Husband<br>W—Wife<br>J—Joint<br>C—Community | | | | | |
| Account No:    *4890*<br>*Creditor # : 107*<br>*Target Financial Bank*<br>*P.O. Box 59317*<br>*Minneapolis MN 55459-0317* | C | | *1/01/2009*<br>*credit card* | | | | $ 684.04 |
| Account No:<br>*Creditor # : 108*<br>*Yin D. Tchen*<br>*11241 La Rosa Drive*<br>*Arcadia CA 91006* | C | | *Approx. 2006*<br>*Personal loan* | | | | $ 5,000.00 |
| Account No:    *0001*<br>*Creditor # : 109*<br>*Tiburon Financial, LLC*<br>*P.O. Box 770*<br>*Boys Town NE 68010-0770* | C | | *4/01/2007*<br>*Collection Account*<br>*Original Creditor: Wells Fargo*<br>*#0001* | | | | $ 0.00 |
| Account No:    *6910*<br>*Creditor # : 110*<br>*United Recovery Systems, LP*<br>*P.O. Box 722929*<br>*Houston TX 77272-2929* | C | | *9/1/2002*<br>*Collection Account*<br>*Original Creditor: American Express*<br>*#2001* | | | | $ 0.00 |
| Account No:    *9634*<br>*Creditor # : 111*<br>*University Children Medical Gr*<br>*File No. 53279*<br>*Los Angeles CA 90074* | C | | *03/01/2009*<br>*Medical Bill* | | | | $ 30.59 |
| Account No:    *1855*<br>*Creditor # : 112*<br>*Valentine & Kebartas, Inc.*<br>*P.O. Box 325*<br>*Lawrence MA 01842-0625* | C | | *12/01/2007*<br>*Collection Account*<br>*Original Creditor: Chase #5417* | | | | $ 0.00 |

Sheet No. _18_ of ___22_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 5,714.63 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_ ,                    Case No. _____
                                   **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    9661<br>Creditor # : 113<br>City of Victorville Utility<br>P.O. Box 5001<br>Victorville CA 92393-4999 | C | | 07/01/2009<br>Utilities<br>14955 Cottontail Ln., Victorville, CA  92394 (BUSINESS CREDIT; FORECLOSED) | | | | $ 653.90 |
| Account No:    7560<br>Creditor # : 114<br>Viking Collection Service Inc<br>P.O. Box 59207<br>Minneapolis MN 55459-0207 | C | | 11/01/2007<br>Collection Account<br>Original Creditor: Wells Fargo #7560 | | | | $ 0.00 |
| Account No:    2623<br>Creditor # : 115<br>Viking Collection Service Inc.<br>P.O. Box 59207<br>Minneapolis MN 55459-0207 | C | | 4/1/2008<br>Collection Account<br>Original Creditor: Bank of America #1125 | | | | $ 0.00 |
| Account No:    6182<br>Creditor # : 116<br>Viking Collection Services Inc<br>P.O. Box 59207<br>Minneapolis MN 55459-0207 | C | | 11/1/2001<br>Collections<br>Original Creditor: Bank of America No. 5640 | | | | $ 0.00 |
| Account No:    7957<br>Creditor # : 117<br>WaMu<br>P.O. Box 78065<br>Phoenix AZ 85062-8065 | C | | 6/01/2005<br>2nd Mortgage<br>Glenburn<br>Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:<br>Creditor # : 118<br>Washington Mutual Collections Department<br>P.O. Box 44118<br>Jacksonville FL 32231 | C | | For noticing purposes only | | | | $ 0.00 |

Sheet No. _19_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 653.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Bob Huu Tieu and Michelle Angeline Phung</u> ,        Case No. _____

_____
**Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H–Husband W–Wife J–Joint C–Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 9093<br>Creditor # : 119<br>Washington Mutual<br>P.O. Box 78148<br>Phoenix AZ 85062-8148 | C | | 6/01/2005<br>1st Mortgage<br>4961 Glenburne Dr., Spring Hill, FL 34609 (BUSINESS DEBT; FORECLOSED) | | | | $ 0.00 |
| Account No: 7957<br>Creditor # : 120<br>Washington Mutual<br>5300 S 6th Street<br>Springfield IL 62703-5184 | C | | 6/01/2005<br>2nd Mortgage<br>4961 Glenburne Dr., Spring Hill, FL 34609 (BUSINESS DEBT; FORECLOSED) | | | | $ 0.00 |
| Account No: 1454<br>Creditor # : 121<br>Wells Fargo Bank<br>P.O. Box 4233<br>Portland OR 97208-4233 | C | | 3/01/2009<br>credit | | | | $ 68.00 |
| Account No: 1998<br>Creditor # : 122<br>Wells Fargo Bank, N.A.<br>P.O. Box 4233<br>Portland OR 97208-4233 | H | | 05/01/2007<br>For Noticing Purposes Only<br>Originally Secured Against 1104 Molino St.<br>Business Debt | | | | $ 0.00 |
| Account No: 1998<br>Creditor # : 123<br>Wells Fargo Bank Home Equity<br>P.O. Box 3117<br>Winston Salem NC 27102-3117 | C | | 7/01/2006<br>2nd Mortgage<br>Victorville<br>Business Debt FORECLOSED | | | | $ 244,083.71 |
| Account No: 0001<br>Creditor # : 124<br>Wells Fargo Card Services<br>P.O. Box 3117<br>Winston Salem NC 27102-3117 | C | | 4/01/2007<br>credit card | | | | $ 9,921.00 |

Sheet No. 20 of 22 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 254,072.71

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____ ,    Case No. _____
    **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1998<br>Creditor # : 125<br>Wells Fargo Bank, N.A.<br>P.O. Box 4233<br>Portland OR 97208-4233 | C | | 7/01/2006<br>2nd Mortgage<br>14955 Cottontail Ln, Victorville,<br>CA  92394<br>Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:    7560<br>Creditor # : 126<br>Wells Fargo Card Services<br>P.O. Box 9210<br>Des Moines IA 50306 | C | | 11/01/2007<br>For Noticing Purposes Only | | | | $ 0.00 |
| Account No:    7560<br>Creditor # : 127<br>Wells Fargo Card Services<br>P.O. Box 30086<br>Los Angeles CA 90030-0086 | C | | 11/01/2007<br>credit card | | | | $ 10,525.00 |
| Account No:    1998<br>Creditor # : 128<br>Wells Fargo Servicing Center<br>MAC B6955-01B<br>P. O. Box 31557<br>Billings MT 59107-9900 | C | | 7/01/2006<br>Collection Account<br>Orginal Creditor: Wells Fargo #1998<br>Victorville<br>Business Debt FORECLOSED | | | | $ 0.00 |
| Account No:    9589<br>Creditor # : 129<br>West Coast Clinical Lab, LP<br>7641 Burnet Ave., Suite B<br>Van Nuys CA 91405 | C | | 12/01/2008<br>Medical Bill | | | | $ 5.00 |
| Account No:    2001<br>Creditor # : 130<br>Law Offices of James A. West<br>6380 Rogerdale Road, Suite 130<br>Houston TX 77072-1624 | C | | 09/2002<br>Collections<br>Original Creditor: American Express<br>#2001 | | | | $ 0.00 |

Sheet No.  21  of   22  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 10,530.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Bob Huu Tieu and Michelle Angeline Phung_____,    Case No._____
                  **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  7649 <br> Creditor # : 131 <br> Westside Recovery Services <br> 6200 Wilshire Blvd. <br> Suite 1100 <br> Los Angeles CA 90048 | C | | 4/01/2009 <br> Collection Account <br> Original Creditor: Makoff Mittleman <br> #7649 | | | | $ 0.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _22_ of _22_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 0.00

Total $        $ 875,039.98

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____ / Debtor          Case No. _____
                                                                                                  (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of
debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing
addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the
name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See,
11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _Housing Division of LA County Administrative Office_<br>_2 Coral Circle_<br>_Monterey Park CA  91755_ | Contract Type: _Housing Assistance Payment_<br>Terms:<br>Beginning date: _6/6/2006_<br>Debtor's Interest: _Lessor_<br>Description: _Section 8 Tenant-Based Assistance for Tenant Anh T. Lang at 1104 S. El Molino St., Alhambra, CA 91801_<br>Buyout Option: |
| _Lang Truong Anh Tinh_<br>_1104 S. El Molino St._<br>_Alhambra CA  91801_ | Contract Type: _Residential lease_<br>Terms:<br>Beginning date: _3/1/2009_<br>Debtor's Interest: _Lessor_<br>Description: _Residential Lease Agreement between Bob Tieu and Lang Truong Anh Tinh for Property at  1104 S. El Molino St., Alhambra, CA  91801_<br>Buyout Option: |

In re _Bob Huu Tieu and Michelle Angeline Phung_ _____ / Debtor     Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Steven K. Phung_<br>_1329 Lafayette St._<br>_San Gabriel CA  91775_ | _ASC_<br>_P.O. Box 60768_<br>_Los Angeles CA  90060-0768_<br><br>_Countrywide_<br>_P.O. Box 10287_<br>_Van Nuys CA  91410-0287_<br><br>_EMC_<br>_P.O. Box 660753_<br>_Dallas TX  75266-0753_<br><br>_GM Card_<br>_P.O. Box 60119_<br>_City of Industry CA  91716-0119_<br><br>_Rancho Sahuarita_<br>_180 W. Magee, Suite 134_<br>_Tucson AZ  85704_<br><br>_SLS_<br>_8742 Lucent Blvd, #300_<br>_Littleton CO  80129_ |

B6I (Official Form 6I) (12/07)

**In re** *Bob Huu Tieu and Michelle Angeline Phung* ,    **Case No.** _____
                    **Debtor(s)**                                            (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: *Married* | RELATIONSHIP(S):  *son*  *son* | | AGE(S):  *7*  *4* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Electrical Engineer* | *In home support (CareGiver)* |
| Name of Employer | *Caltrans Dept. of Transport.* | *IHSS Recipients* |
| How Long Employed | *12 years* | *4 years* |
| Address of Employer | *100 S. Main Street*  *Los Angeles CA  90012* | *P.O. Box 700*  *Rancho Cordova CA  95741-0700* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 6,686.30 | $ | 1,219.50 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 6,686.30 | $ | 1,219.50 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 1,524.48 | $ | 106.70 |
| b. Insurance | $ | 252.35 | $ | 4.00 |
| c. Union dues | $ | 59.50 | $ | 28.35 |
| d. Other  (Specify): | $ | 300.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,136.33 | $ | 139.05 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 4,549.97 | $ | 1,080.45 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 2,200.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance  (Specify): | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income  (Specify): | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 2,200.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ | 6,749.97 | $ | 1,080.45 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | 7,830.42 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

| SCHEDULE I Attach | |
|---|---|
| Property address | 1104 S. El Molino Street Alhambra, CA 91801 |
| Income from tenant | $1,292.00 |
| Income from Housing Division of LA County | $908.00 |
| **Total** | **$2,200.00** |

B6J(Official Form 6J)(12/07)

In re _Bob Huu Tieu and Michelle Angeline Phung_____,    Case No. _____

Debtor(s)    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,480.00 |
| a. Are real estate taxes included?    Yes ☐    No ☒ | | |
| b. Is property insurance included?    Yes ☐    No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 105.00 |
| b. Water and sewer | $ | 70.00 |
| c. Telephone | $ | 80.00 |
| d. Other    *DSL* | $ | 30.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 30.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 67.00 |
| b. Life | $ | 70.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 100.00 |
| e. Other    *After school care* | $ | 300.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)    *Property Taxes* | $ | 888.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,092.99 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 8,407.99 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 16 of Schedule I | $ | 7,830.42 |
| b. Average monthly expenses from Line 18 above | $ | 8,407.99 |
| c. Monthly net income (a. minus b.) | $ | (577.57) |

| SCHEDULE J Attach | | | |
|---|---|---|---|
| Property address | APN #0528-232-18 Newberry Springs,  CA 92365 | 1104 S. El Molino Street Alhambra, CA 91801 | Total |
| 1: Mortgage Payment | $136.99 | $1,829.00 | $1,965.99 |
| 1a: Real Estate Taxes | $27.00 | $0.00 | $27.00 |
| 1b: Property Insurance | $0.00 | $0.00 | $0.00 |
| Rental Maintenance | $0.00 | $100.00 | $100.00 |
| | | | |
| | | | $2,092.99 |

In re <u>Bob Huu Tieu and Michelle Angeline Phung</u>                                    Case No. _____
                                        Debtor                                                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   <u>40</u>   sheets, and that they are true and
correct to the best of my knowledge, information and belief.

Date: <u>11/22/2010</u>          Signature _____
                                                                    *Bob Huu Tieu*

Date: <u>11/22/2010</u>          Signature _____
                                                                    *Michelle Angeline Phung*

                                                            [If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.